**5**

**UNITED STATES ex rel. CHEW AH QUONG, Relator-Appellant, v. Alfred W. BROUGH, U. S. Chinese Inspector in Charge at the Port of New York, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit.
November 1, 1927.

No. 62.

Appeal from the District Court of the United States for the Southern District of New York.

John Neville Boyle, of New York City (John Neville Boyle and Jay F. Tiffany, both of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Samuel C. Coleman, Asst. U. S.

Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.